**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   _11_

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Sears Farm, LLC* |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *20-1983254* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *1142 Executive Circle, Suite D*<br>*Cary, NC 27511*<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| *Wake*<br>County | **Location of principal assets, if different from principal place of business**<br>*Various land parcels Cary, NC 27513*<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Sears Farm, LLC**                                                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |

Official Form 201                        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page 2

Debtor    **Sears Farm, LLC**                                    Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,000 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Sears Farm, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 23, 2018**
          MM / DD / YYYY

**X** **/s/ William W. Sears**          **William W. Sears**
     Signature of authorized representative of debtor          Printed name

Title    **Member/Manager**

**18. Signature of attorney**

**X** **/s/ William P. Janvier**        Date   **February 23, 2018**
     Signature of attorney for debtor                  MM / DD / YYYY

**William P. Janvier 21136**
Printed name

**Janvier Law Firm, PLLC**
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
Number, Street, City, State & ZIP Code

Contact phone   **919-582-2323**      Email address

**21136 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Sears Farm, LLC* |
| United States Bankruptcy Court for the: | *EASTERN DISTRICT OF NORTH CAROLINA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Betty Bitting 17001 Searstone Drive Cary, NC 27513* | | *Promissory Note* | | | | *$40,000.00* |
| *BlueSpire Senior Living Attn: Managing Agent 29 South Main Street, Suite 301 West Hartford, CT 06107* | | *Trade debt* | | | | *$99,345.23* |
| *Debbie Via PO Box 1416 Apex, NC 27502* | | *Promissory Notes* | | | | *$40,000.00* |
| *Donald Bitting PO Box 1416 Apex, NC 27502* | | *Promissory Note* | | | | *$40,000.00* |
| *Educational Information Corporation Attn: Managing Agent PO Box 828 Wake Forest, NC 27588* | | *Trade debt* | | | | *$13,950.00* |
| *James and Nancy Sears 2212 Donny Brook Road Raleigh, NC 27603* | | *Promissory Note* | | | | *$60,000.00* |
| *Linda S. Suggs 105 Pember Pl Morrisville, NC 27560-7068* | | *Promissory Note* | | | | *$110,000.00* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Sears Farm, LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **McGuireWoods LLP Attn: Managing Agent 800 E. Canal Street Richmond, VA 23219-3916** | | **Legal Fees** | | | | **$10,807.50** |
| **Omer G. Ferrell & Son Grading Co Attn: Managing Agent 1600 Morrisville-Carpenter Rd Cary, NC 27519** | | **1976 Ford Truck and 1978 Ford Tractor** | | **$25,000.00** | **$6,500.00** | **$18,500.00** |
| **Ragsdale Liggett PLLC Attn: Managing Agent 2840 Plaza Place, Suite 400 Raleigh, NC 27612** | | **Legal Fees** | | | | **$105,470.78** |
| **Safran Law Offices Attn: Managing Agent 120 South Boylan Raleigh, NC 27603** | | **Legal Fees** | | | | **$157,933.49** |
| **Samaritan Housing Foundation Attn: Officer/Managing Agent 212 South Tryon Street Suite 1000 Charlotte, NC 28281** | | **Promissory Note** | | | | **$500,000.00** |
| **SearStone North, LLC Attn: Managing Agent 1142 Executive Circle, Ste D Cary, NC 27511** | | **Loan** | | | | **$93,000.00** |
| **Searstone Village Prop. Owners Asso c/o Community Assoc. Mgmt, Ltd PO Box 79032 Charlotte, NC 28271-0030** | | **HOA dues** | | | | **$63,599.98** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | *Sears Farm, LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Summit Design & Engineering Service Attn: Managing Agent 504 Meadowland Drive Hillsborough, NC 27278* | | *Consulting services - Billed to Sears Hackney Keener and Williams, Inc.* | *Contingent* | | | *$15,532.40* |
| *UMB Bank, N.A. as Master Trustee Attn: Officer/Managing Agent 1010 Grand Boulevard Kansas City, MO 64106* | | *All Sears Farm real property except Lot #1* | *Contingent* | *Unknown* | *$9,183,570.00* | *$0.00* |
| *Wake County Revenue Department Attn: Managing Agent PO Box 580084 Charlotte, NC 28258-0084* | | *Business Property tax and Real Property taxes* | | | | *$40,332.76* |
| *William Scotsman Attn: Officer/Managing Agent 901 S. Bond Street, Suite 600 Baltimore, MD 21231-3357* | | *Sales Office Rental* | | | | *$10,932.89* |
| *William W. Sears 918 Union Street Cary, NC 27511* | | *Loan* | | | | *$1,300.00* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __*Sears Farm, LLC*__

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................. $ **11,058,570.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......................................................... $ **10,703,959.00**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................ $ **21,762,529.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **6,357,345.14**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................... $ **40,332.76**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... +$ **1,361,872.27**

4. **Total liabilities** ...................................................................................
Lines 2 + 3a + 3b                                                                  $ **7,759,550.17**

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Sears Farm, LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | *Pinnacle Bank* | *Checking* | *2858* | *$100.00* |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                 | *$100.00* |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | *Duke Progress Energy* | *$75.00* |
| --- | --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                                 | *$75.00* |
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | *Sears Farm, LLC* | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **10,675,284.00** - | **0.00** =.... | **$10,675,284.00** |
| | face amount | doubtful or uncollectible accounts | |

**12.**   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$10,675,284.00**

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   **Crops-either planted or harvested** | | | |
| 29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.   **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| *1978 Ford Tractor Diesel Model 7600* | **$0.00** | | **$5,000.00** |

**31.**   **Farm and fishing supplies, chemicals, and feed**

**32.**   **Other farming and fishing-related property not already listed in Part 6**

**33.**   **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$5,000.00**

**34.**   **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.**   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Sears Farm, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  *2014 Toyota Tacoma* | *$0.00* | | *$20,000.00* |
| 47.2.  *1976 Ford Truck (restored)* | *$0.00* | | *$1,500.00* |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>*Yamaha Grizzley ATV - Approx. 14 years old* | *$0.00* | | *$2,000.00* |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $23,500.00 |
|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Sears Farm, LLC**                                                   Case number *(If known)* _____
            Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Lot 41 Searstone - Sears Pond Drive, Cary, NC**<br>**3.74 acres**<br>**Active Adult Lot**<br>**Tax Value: $673,200.00**<br>**Value shown is from 2012 Appraisal** | | *$0.00* | *Appraisal* | *$1,340,000.00* |
| 55.2. **Lot 13 Searstone - 1601 High House Rd, Cary, NC**<br>**13.84 acres with single family home**<br>**Active Adult Lot**<br>**Tax value: $2,493,209.00**<br>**Value shown is from 2012 Appraisal** | | *$0.00* | *Appraisal* | *$3,420,000.00* |
| 55.3. **Lot 37 Searstone - 16000 Searstone Drive, Cary, NC**<br>**0.77 acres**<br>**Conservatory Lot** | | *$0.00* | *Tax records* | *$253,570.00* |
| 55.4. **Lot 1 RCMB Searstone - 2310 Davis Drive, Cary, NC**<br>**1.72 acres**<br>**Tax value: $1,281,183**<br>**Value shown is from 2012 Appraisal** | | *$0.00* | *Appraisal* | *$1,875,000.00* |
| 55.5. **Lot 6 Searstone - 0 Winston Hill Drive**<br>**1.93 acres**<br>**Hotel site**<br>**Tax value: $1,437,614.00**<br>**Value shown is from 2012 Appraisal** | | *$0.00* | *Appraisal* | *$2,020,000.00* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Sears Farm, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.6. | **Lot 4 Searstone - 0 Winston Hill Drive, Cary, NC 0.68 acres Retail Tax Value: $120,000 Value shown is from 2012 Appraisal** | **$0.00** | **Appraisal** | **$890,000.00** |

| | | | | |
|---|---|---|---|---|
| 55.7. | **Lot 3 Searstone - 0 Winston Hill Drive, Cary, NC 1.00 acres Medical Office lot Tax Value: $150,000 Value shown is from 2012 Appraisal** | **$0.00** | **Appraisal** | **$1,260,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$11,058,570.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** "SearStone" Trademark *Registered February 4, 2014 Registration No. 4,447,910* | **$0.00** | | *Unknown* |
| 61.  **Internet domain names and websites** *www.searsfarm.com* | **$0.00** | | *Unknown* |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | *Sears Farm, LLC* | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
*Potential cause of action against Samaritan Housing Foundation, Inc.*        *Unknown*

| Nature of claim | _____ |
|---|---|
| Amount requested | *$0.00* |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **_Sears Farm, LLC_**
Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$100.00* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$75.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$10,675,284.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$0.00* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$5,000.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$0.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$23,500.00* | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | *$11,058,570.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$10,703,959.00* + 91b. | *$11,058,570.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$21,762,529.00* |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    *Sears Farm, LLC*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** *John W. and Maggie B. Sears* <br> Creditor's Name <br><br> *805 Walker Stone Drive* <br> *Cary, NC 27513* <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> Date debt was incurred <br> *April 2011* <br> Last 4 digits of account number <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> *Deed of Trust Book 11163 Page 1473* <br><br><br> **Describe the lien** <br><br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | *$6,000,000.00* | *$11,058,570.00* |
| **2.2** *Omer G. Ferrell & Son Grading Co* <br> Creditor's Name <br><br> *Attn: Managing Agent* <br> *1600 Morrisville-Carpenter Rd* <br> *Cary, NC 27519* <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> Date debt was incurred <br><br> Last 4 digits of account number | **Describe debtor's property that is subject to a lien** <br> *1976 Ford Truck and 1978 Ford Tractor* <br><br><br> **Describe the lien** <br><br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $25,000.00 | $6,500.00 |

Debtor  **Sears Farm, LLC**                                                Case number (if known) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **$99,907.83** | **$1,875,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**150 3rd Avenue South**
**Nashville, TN 37201**

Creditor's mailing address

**Lot 1 RCMB Searstone - 2310 Davis Drive, Cary, NC**
**1.72 acres**
**Tax value: $1,281,183**
**Value shown is from 2012 Appraisal**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. Pinnacle Bank** | ☐ Unliquidated |
| **2. Pinnacle Bank** | ☐ Disputed |

---

| 2.4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | **$199,597.39** | **$1,875,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer/Managing Agent**
**150 3rd Avenue South**
**Nashville, TN 37201**

Creditor's mailing address

**Lot 1 RCMB Searstone - 2310 Davis Drive, Cary, NC**
**1.72 acres**
**Tax value: $1,281,183**
**Value shown is from 2012 Appraisal**

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **UMB Bank, N.A. as Master Trustee** | Describe debtor's property that is subject to a lien | **Unknown** | **$9,183,570.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   *Sears Farm, LLC*

Name

Case number *(if know)* _____

| | |
|---|---|
| Creditor's Name | *All Sears Farm real property except Lot #1* |
| *Attn: Officer/Managing Agent* | |
| *1010 Grand Boulevard* | |
| *Kansas City, MO 64106* | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| *June 2012* | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.6 | *Withers & Ravenel, Inc* | **Describe debtor's property that is subject to a lien** | $32,839.92 | $3,420,000.00 |
|---|---|---|---|---|
| | Creditor's Name | *Lot 13 Searstone - 1601 High House Rd, Cary, NC* | | |
| | | *13.84 acres with single family home* | | |
| | | *Active Adult Lot* | | |
| | *Attn: Managing Agent* | *Tax value: $2,493,209.00* | | |
| | *115 MacKenan Drive* | *Value shown is from 2012 Appraisal* | | |
| | *Cary, NC 27511* | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $6,357,345.14 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor   **Sears Farm, LLC**
        Name

Case number (if know) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **UMB Bank, National Association**<br>**Attn: Officer/Managing Agent**<br>**120 South Sixth Street, Suite 1400**<br>**Minneapolis, MN 55401** | Line **2.5** | |

**Fill in this information to identify the case:**

Debtor name     **Sears Farm, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | *$0.00* | *$0.00* |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Managing Agent**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**North Carolina Dept. of Revenue**<br>**Attn: Managing Agent**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | *$0.00* | *$0.00* |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | *Sears Farm, LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,332.76 | $40,332.76 |

**Wake County Revenue Department**
**Attn: Managing Agent**
**PO Box 580084**
**Charlotte, NC 28258-0084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Property tax and Real Property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

**Betty Bitting**
**17001 Searstone Drive**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred *Sept. 2017*

Basis for the claim:  *Promissory Note*

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,345.23 |

**BlueSpire Senior Living**
**Attn: Managing Agent**
**29 South Main Street, Suite 301**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Trade debt*

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

**Debbie Via**
**PO Box 1416**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  *Sept. 2017 and July 2017*

Basis for the claim:  *Promissory Notes*

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

**Donald Bitting**
**PO Box 1416**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  *July 2017*

Basis for the claim:  *Promissory Note*

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,950.00 |

**Educational Information Corporation**
**Attn: Managing Agent**
**PO Box 828**
**Wake Forest, NC 27588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Trade debt*

Last 4 digits of account number  *0641*

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Sears Farm, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**James and Nancy Sears**
**2212 Donny Brook Road**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _August 2017_

Basis for the claim:  _Promissory Note_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Linda S. Suggs**
**105 Pember Pl**
**Morrisville, NC 27560-7068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _Feb 2015, Nov 2017_

Basis for the claim:  _Promissory Note_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,807.50 |
|---|---|---|---|

**McGuireWoods LLP**
**Attn: Managing Agent**
**800 E. Canal Street**
**Richmond, VA 23219-3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Legal Fees_

Last 4 digits of account number  _0001_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,470.78 |
|---|---|---|---|

**Ragsdale Liggett PLLC**
**Attn: Managing Agent**
**2840 Plaza Place, Suite 400**
**Raleigh, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Legal Fees_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,933.49 |
|---|---|---|---|

**Safran Law Offices**
**Attn: Managing Agent**
**120 South Boylan**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Legal Fees_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Samaritan Housing Foundation**
**Attn: Officer/Managing Agent**
**212 South Tryon Street Suite 1000**
**Charlotte, NC 28281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Promissory Note_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,000.00 |
|---|---|---|---|

**SearStone North, LLC**
**Attn: Managing Agent**
**1142 Executive Circle, Ste D**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Loan_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Sears Farm, LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,599.98** |
|---|---|---|---|

*Searstone Village Prop. Owners Asso*
*c/o Community Assoc. Mgmt, Ltd*
*PO Box 79032*
*Charlotte, NC 28271-0030*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __HOA dues__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,532.40** |
|---|---|---|---|

*Summit Design & Engineering Service*
*Attn: Managing Agent*
*504 Meadowland Drive*
*Hillsborough, NC 27278*

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Consulting services - Billed to Sears Hackney Keener and Williams, Inc.__

Last 4 digits of account number __3400__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,932.89** |
|---|---|---|---|

*William Scotsman*
*Attn: Officer/Managing Agent*
*901 S. Bond Street, Suite 600*
*Baltimore, MD 21231-3357*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Sales Office Rental__

Last 4 digits of account number __1891__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

*William W. Sears*
*918 Union Street*
*Cary, NC 27511*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *A. Lee Hogewood III* <br> *K & L Gates, LLP* <br> *PO Box 17047* <br> *Raleigh, NC 27609* | Line __3.11__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | *D. Michael Parker* <br> *Chesire & Parker* <br> *PO Box 100* <br> *Hillsborough, NC 27278* | Line __3.14__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | *Samaritan Housing Foundation, Inc.* <br> *Attn: Officer/Managing Agent* <br> *1201 W Peachtree Street N.W., Suite* <br> *Atlanta, GA 30309* | Line __3.11__ <br><br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor   **Sears Farm, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _40,332.76_ |
| **5b. Total claims from Part 2** | 5b. + | $ _1,361,872.27_ |
| **5c. Total of Parts 1 and 2** | 5c. | $ _1,402,205.03_ |
| Lines 5a + 5b = 5c. | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  *Sears Farm, LLC*                                                     Case No.
                                                    Debtor(s)          Chapter    *11*

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and
correct to the best of my knowledge.

Date:    *February 23, 2018*                              */s/ William W. Sears*
                                                          *William W. Sears*/*Member/Manager*
                                                          Signer/Title

A. Lee Hogewood III
K & L Gates, LLP
PO Box 17047
Raleigh, NC 27609

John W. and Maggie B. Sears
805 Walker Stone Drive
Cary, NC 27513

Samaritan Housing Foundation, Inc
Attn: Officer/Managing Agent
1201 W Peachtree Street N.W., Su
Atlanta, GA 30309

Betty Bitting
17001 Searstone Drive
Cary, NC 27513

Linda S. Suggs
105 Pember Pl
Morrisville, NC 27560-7068

Sears Hackney Keener and William
Attn: Officer/Managing Agent
1142 Executive Circle, Suite D
Cary, NC 27511

BlueSpire Senior Living
Attn: Managing Agent
29 South Main Street, Suite 301
West Hartford, CT 06107

McGuireWoods LLP
Attn: Managing Agent
800 E. Canal Street
Richmond, VA 23219-3916

SearStone North, LLC
Attn: Managing Agent
1142 Executive Circle, Ste D
Cary, NC 27511

D. Michael Parker
Chesire & Parker
PO Box 100
Hillsborough, NC 27278

North Carolina Dept. of Revenue
Attn: Managing Agent
P.O. Box 25000
Raleigh, NC 27640

Searstone Village Prop. Owners A
c/o Community Assoc. Mgmt, Ltd
PO Box 79032
Charlotte, NC 28271-0030

Debbie Via
PO Box 1416
Apex, NC 27502

Omer G. Ferrell & Son Grading Co
Attn: Managing Agent
1600 Morrisville-Carpenter Rd
Cary, NC 27519

Summit Design & Engineering Ser
Attn: Managing Agent
504 Meadowland Drive
Hillsborough, NC 27278

Donald Bitting
PO Box 1416
Apex, NC 27502

Pinnacle Bank
Attn: Officer/Managing Agent
150 3rd Avenue South
Nashville, TN 37201

UMB Bank, N.A. as Master Truste
Attn: Officer/Managing Agent
1010 Grand Boulevard
Kansas City, MO 64106

Educational Information Corporation
Attn: Managing Agent
PO Box 828
Wake Forest, NC 27588

Ragsdale Liggett PLLC
Attn: Managing Agent
2840 Plaza Place, Suite 400
Raleigh, NC 27612

UMB Bank, National Association
Attn: Officer/Managing Agent
120 South Sixth Street, Suite 1400
Minneapolis, MN 55401

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Safran Law Offices
Attn: Managing Agent
120 South Boylan
Raleigh, NC 27603

Wake County Revenue Departmen
Attn: Managing Agent
PO Box 580084
Charlotte, NC 28258-0084

James and Nancy Sears
2212 Donny Brook Road
Raleigh, NC 27603

Samaritan Housing Foundation
Attn: Officer/Managing Agent
212 South Tryon Street Suite 1000
Charlotte, NC 28281

William Scotsman
Attn: Officer/Managing Agent
901 S. Bond Street, Suite 600
Baltimore, MD 21231-3357

William  W.  Sears
918 Union Street
Cary, NC 27511


Withers  &  Ravenel,  Inc
Attn:   Managing  Agent
115 MacKenan Drive
Cary, NC 27511

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Sears Farm, LLC** _____

                                       Debtor(s)

Case No. _____

Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sears Farm, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bill Sears**
**918 Union Street**
**Cary, NC 27511**
_____

**J.D. Sears**
**1601 High House Rd.**
**Cary, NC 27513**
_____

☐ None [*Check if applicable*]

**February 23, 2018**
_____
Date

**/s/ William P. Janvier**
_____
**William P. Janvier 21136**
Signature of Attorney or Litigant
Counsel for   **Sears Farm, LLC**
_____
**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323 Fax:866-809-2379**