## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                                                 CHAPTER 11

**SEARS FARM, LLC**                                      **CASE NO. 18-00986-5-SWH**

Debtor.

### AMENDMENT TO FIRST AMENDED CHAPTER 11 PLAN TO CORRECT TYPOGRAPHICAL ERROR

NOW COMES Sears Farm, LLC, Debtor in the above-referenced case, through undersigned counsel, and hereby corrects the First Amended Chapter 11 Plan as follows:

1. On November 27, 2018, the Debtor filed the First Amended Chapter 11 Plan ("Plan").

    The Plan contained a typographical error on page 7 in the third bullet-point paragraph.

    The paragraph incorrectly referenced "5%."

2. The correct paragraph is as follows:

    The Debtor shall not sell any real estate for an amount that is less than 95% of its appraised value, based on the Current Appraisal, without the consent of the Bond Trustee, or in the absence of agreement, an order of the Bankruptcy Court.

This the 29th day of November, 2018.

**JANVIER LAW FIRM, PLLC**

BY:     s/ William P. Janvier
            William P. Janvier, N.C.S.B. No. 21136
            Samantha Y. Moore, N.C.S.B. No. 40202
            311 E. Edenton Street
            Raleigh, NC 27601
            Telephone: (919) 582-2323
            Facsimile: (866) 809-2379