IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                          CHAPTER 11

SEARS FARM, LLC,                                                   CASE NO. 18-00986-5-JNC

        **Debtor.**

## APPLICATION FOR FINAL DECREE

The undersigned counsel for Sears Farm, LLC, Debtor, shows the court as follows and applies for a final decree:

1. The Debtor has commenced distributions under the Plan.

2. There has been an assumption by Debtor under the Plan.

3. The Debtor is current on Plan Payments.

4. The Debtor has filed a Final Report.

Wherefore, the undersigned prays the court for the entry of a Final Decree.

This the 13th day of April, 2023.

                                                        **STEVENS MARTIN VAUGHN & TADYCH, PLLC**

                                                        s/ William P. Janvier
                                                        William P. Janvier
                                                        State Bar No. 21136
                                                        6300 Creedmoor Rd., Suite 170-370
                                                        Raleigh, NC 27612
                                                        Tel.: (919) 582-2300
                                                        Email: wjanvier@smvt.com

## CERTIFICATE OF SERVICE

I, William P. Janvier, do hereby certify that a true copy of the foregoing **APPLICATION FOR FINAL DECREE** was electronically filed through CM/ECF and served on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

| Park Worth Rumley (Via CM/ECF)<br>Bankruptcy Administrator, EDNC<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Sears Farm, LLC<br>1142 Executive Circle, Suite D<br>Cary, NC 27511 |
|---|---|

This the 13th day of April, 2023.

**STEVENS MARTIN VAUGHN & TADYCH, PLLC**

s/ William P. Janvier
William P. Janvier
State Bar No. 21136
6300 Creedmoor Rd., Suite 170-370
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: wjanvier@smvt.com