**VAN–051** Final Decree – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Sears Farm, LLC  
1142 Executive Circle, Suite D  
Cary, NC 27511  

TaxID: 20–1983254

CASE NO.: 18–00986–5–JNC

DATE FILED: March 1, 2018

CHAPTER: 11

## FINAL DECREE

The plan of the above named debtor(s) has been substantially consummated as provided in 11 U.S.C. § 1101(2).

IT IS ORDERED that this case is closed.

DATED: May 16, 2023

                                                Joseph N. Callaway  
                                                United States Bankruptcy Judge